## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                            CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record and the *Order of Reference*, (Doc. 77), filed January 10, 2019, wherein the Honorable Robert C. Brack, Senior United States District Judge, referred this matter to the undersigned to conduct proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, February 5, 2019, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE