IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                       CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court on the February 5, 2019 status conference, (Doc. 79), and having conferred with counsel about a mutually convenient time and date. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, March 6, 2019, at 3:00 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE