IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                      CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Guardian ad Litem Dick Blenden's *Motion to Withdrawal as Guardian ad Litem*, (Doc. 84), filed February 12, 2019. Mr. Blenden states that Mike Newell will serve as Guardian ad Litem for S.E. Boy in this matter, replacing him. The Court, having read the motion, noting that it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Dick Blenden is terminated as the Guardian ad Litem of record in this matter and Mike Newell is now appointed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE