**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                                                 CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## **ORDER SETTING FAIRNESS HEARING**

**THIS MATTER** is before the Court for scheduling, and having conferred with the parties about a mutually convenient time, date, and location, **IT IS HEREBY ORDERED** that a Fairness Hearing will be held on **Tuesday, April 23, 2019,** at 11:00 a.m, in the Organ Courtroom of the United States District Courthouse, 100 N. Church St., Las Cruces, New Mexico, 88001.

**IT IS FURTHER ORDERED THAT** the *Guardian ad Litems'* reports are due to the Court no later than **Friday, April 12, 2019**.

                                                   THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE