## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                                             CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER VACATING FAIRNESS HEARING

**THIS MATTER** is before the Court on the *Guardian Ad Litem Reports* submitted in this case and the subsequent April 19, 2019 status conference. (Doc. 89); (Doc. 90); (Doc. 91). Having conferred with counsel about the course of proceedings, **IT IS HEREBY ORDERED** that the Fairness Hearing set for Tuesday, April 23, 2019 at 11a.m. in Las Cruces, NM is **VACATED** and will be reset for a later date.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE