**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                             CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER AMENDING RULE 16 SCHEDULING CONFERENCE AND GRANTING PLAINTIFFS' MOTION FOR STATUS CONFERENCE

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Status Conference*, (Doc. 95), filed May 13, 2019. The Court previously scheduled a Telephonic Rule 16 Scheduling Conference for May 20, 2019 at 2:30 p.m., (Doc. 93). The Court therefore **ORDERS** that the May 20, 2019 Rule 16 Scheduling Conference will also serve as a Status Conference, consistent with Plaintiffs' request.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **May 20, 2019, at 2:30 p.m.** in conjunction with the previously scheduled Rule 16 Scheduling Conference. Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE