**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DONNA EVERHART, et al.,

       Plaintiffs,

v.                                                    CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

       Defendants.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

    **THIS MATTER** came before the Court on a Rule 16 initial scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 96), filed May 13, 2019. The Court adopts the *Joint Status Report and Provisional*

*Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*,

(Doc.100).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE