IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                              CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND AND DENYING MOTION FOR STATUS CONFERENCE

**THIS MATTER** is before the Court on Plaintiffs' *First Amended Motion to Amend Pleadings for More [sic] Definate Statement and Adjoin Additional Defendant* (the "Motion to Amend"), (Doc. 94), filed May 9, 2019, and Plaintiffs' *Motion for Status Conference*, (Doc. 105), filed May 31, 2019.

In the *Motion for Status Conference*, Plaintiffs explained "a status conference is necessary to enter an Order for the [*sic*] Plaintiffs' to file their Second Amended Complaint" because Defendants "have decided not to oppose the Motion to Amend." (Doc. 105 at 1). The Court contacted counsel on June 2, 2019 to inquire about the necessity of conducting a status conference to discuss Plaintiffs' unopposed Motion to Amend. Counsel for Plaintiffs did not respond to the Court's inquiry. Rather, on June 24, 2019, counsel for Plaintiffs sent the Court a proposed order granting the Motion to Amend.

After reviewing Plaintiffs' *First Amended Motion to Amend Pleadings for More [sic] Definate Statement and Adjoin Additional Defendant*, (Doc. 94), and noting it is unopposed, the Court finds the Motion shall be **GRANTED**. In light of this finding, and in

conjunction with the Court's correspondence with counsel, the Court further finds Plaintiffs' *Motion for Status Conference*, (Doc. 105), shall be **DENIED AS MOOT**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE