IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

        Plaintiffs,

v.                                            CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

        Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Extension of Time to File Confidential Letter and Settlement Demand Letter* (the "Motion to Extend"), (Doc. 110), filed July 9, 2019. Plaintiffs acknowledge that they were ordered to submit a settlement demand letter to Defendants' counsel by June 24, 2019. (Doc. 110). Plaintiffs further acknowledge that they were ordered to send the Court a copy of their settlement demand letter and a confidential letter evaluating their case by July 8, 2019. *Id.* The Court has not received either document from Plaintiffs. In their Motion to Extend, Plaintiffs now request an extension of time to submit these documents to the Court and opposing counsel.

Plaintiffs may serve Defendants with their **settlement demand letter** no later than **Thursday, July 11, 2019**. In addition, Plaintiffs shall send the Court a copy of the settlement demand letter served on Defendants. Plaintiffs shall also send a **confidential settlement letter** to the Court by **Thursday, July 11, 2019**. Plaintiffs are reminded not to file the letters on the docket and to comply with the Court's Order setting forth the proper procedure and letter requirements. *See* (Doc. 101).

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Extension of Time to File*

*Confidential Letter and Settlement Demand Letter*, (Doc. 110), is **GRANTED**. Plaintiffs shall submit their confidential settlement letter and a copy of the demand letter sent to opposing counsel by **Thursday, July 11, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE