**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

DONNA EVERHART and HARLEY EVERHART,
individually and as next of friend for S.E. BOY
and S.E. GIRL, minor children,

      Plaintiffs,

v.                                                                                     No. CV 17-01134 RB/CG

STATE OF NEW MEXICO; CHILDREN, YOUTH
AND FAMILIES DEPARTMENT; and EVGENIA
VALDERAZ, in her official and individual
capacity,

      Defendants.

**ORDER GRANTING JOINT MOTION FOR
CONTINUANCE OF SETTLEMENT CONFERENCE**

**THIS MATTER** is before the Court on the parties' *Joint Motion for Continuance of Settlement Conference* (the "Joint Motion"), (Doc. 115), filed July 31, 2019. In the Joint Motion, the parties ask to continue the settlement conference currently scheduled for August 22, 2019. In support of their Joint Motion, the parties explain that additional discovery is needed in order to conduct a fruitful settlement conference. (Doc. 115). The Court, having reviewed the Joint Motion, hereby finds the Joint Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the settlement conference currently scheduled for August 22, 2019 is hereby **VACATED** and shall be reset by later Order of this Court.

**IT IS FURTHER ORDERED** that a Telephonic Status Conference shall be conducted on **September 5, 2019, at 2:30p.m.** to further discuss the parties' readiness for scheduling a later settlement conference. The parties shall call Judge Garza's AT&T

Teleconference line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE