UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                               No. CV 17-1134 RB/CG

STATE OF NEW MEXICO, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Extension of Time for Plaintiffs' Request for Production Responses* (the "Motion"), (Doc. 125), filed September 18, 2019. In the Motion, Plaintiffs explain they are working diligently to satisfy Defendants' Requests for Production, the subject of Defendants' *Motion to Compel*, (Doc. 120).

**IT IS THEREFORE ORDERED**, after reviewing the Motion and noting it is unopposed, that Plaintiffs' *Motion for Extension of Time for Plaintiffs' Request for Production Responses*, (Doc. 125), shall be **GRANTED**. Plaintiffs shall have until **October 4, 2019** to respond to Defendants' requests for production.

**IT IS FURTHER ORDERED** that Defendants shall submit a Status Report no later than **October 11, 2019**, notifying the Court of Plaintiffs' compliance with their requests for production and identifying whether any discovery requests identified in their *Motion to Compel* remain outstanding.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE