IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART and HARLEY EVERHART,
individually and as next of friend for S.E. BOY
and S.E. GIRL, minor children,

    Plaintiffs,

      v.                          CV No. 17-01134 RB/CG

STATE OF NEW MEXICO and CHILDREN,
YOUTH AND FAMILIES DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on Plaintiffs' *Motion To Extend Discovery Deadlines* (the "Motion"), (Doc. 128), filed September 25, 2019. In their Motion, Plaintiffs explain that the parties are unable to schedule a deposition before the current close of discovery and therefore wish to extend discovery by thirty (30) days. (Doc. 128 at 1-2). The Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery shall be completed no later than December 18, 2019.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE