# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART and HARLEY EVERHART,
individually and as next of friend for S.E. BOY
and S.E. GIRL, minor children,

      Plaintiffs,

v.                                                      CV No. 17-1134 RB/CG

STATE OF NEW MEXICO and CHILDREN,
YOUTH AND FAMILIES DEPARTMENT, et al.,

      Defendants.

## ORDER DENYING MOTION TO COMPEL AS MOOT

**THIS MATTER** is before the Court on Defendant Children, Youth and Families Department's *Motion to Compel Plaintiffs' Request for Production and Memorandum in Support* (the "Motion"), (Doc. 120), filed September 5, 2019, and Defendants' *Status Report Concerning Motion to Compel* (the "Status Report"), (Doc. 136), filed October 11, 2019. In the Status Report, Defendants explain that Plaintiffs have "provided their answers to Defendants' Interrogatories and [] Requests for Production." (Doc. 136 at 1). As a result, the documents requested in Defendants' Motion have been produced and the underlying issues have been resolved.

**IT IS THEREFORE ORDERED** that Defendants' *Motion to Compel Plaintiffs' Request for Production and Memorandum in Support*, (Doc. 120), is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE