# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                          CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Extend Deadlines for Objections to Proposed Findings and Recommended Disposition* (the "Motion"), (Doc. 155), filed March 23, 2020. In the Motion, Plaintiffs explain that because of the disruptive effects of COVID-19 they do not anticipate completing their objections to the Court's *Proposed Findings and Recommended Disposition*, (Doc. 154), within the required deadline. Defendants are unopposed to Plaintiffs' request.

After reviewing the Motion and noting it is unopposed, the Court finds that it shall be **GRANTED**. Plaintiffs shall have until **April 10, 2020** to submit their objections to the *Proposed Findings and Recommended Disposition*. (Doc. 154).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE