IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                            CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court after review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **June 9, 2020, at 2:30 p.m.** Counsel should be prepared to discuss the arrangements needed to facilitate a fairness hearing in a timely manner. Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE