IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                  CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

### ORDER FOR UPDATED GUARDIAN AD LITEM REPORTS

**THIS MATTER** is before the Court after conferring with counsel. In preparation for a fairness hearing, the assigned *Guardian Ad Litems* (the "GALs") are directed to file a brief update supplementing their reports filed on April 12, 2019. *See* (Doc. 89); (Doc. 90). The GALs are further directed to discuss the fair division of fees and who will accept the settlement money on behalf of the children. The supplemented reports are due no later than **June 23, 2020**. After reviewing the GALs updated reports, the Court will set a status conference with all parties involved to schedule a fairness hearing.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE