**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DONNA EVERHART, et al.,

       Plaintiffs,

v.                                                                                          CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

       Defendants.

**ORDER FOR UPDATED GUARDIAN AD LITEM REPORT AND
SETTING TELEPHONIC STATUS CONFERENCE**

     **THIS MATTER** is before the Court after conferring with counsel. In preparation for a fairness hearing, the assigned *Guardian Ad Litem* (the "GAL") is directed to file a brief update supplementing the report filed on April 12, 2019. *See* (Doc. 90). The GAL is further directed to discuss the fair division of fees and who will accept the settlement money on behalf of the children. The supplemented report is due no later than **July 24, 2020**.

     **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **July 28, 2020, at 2:00 p.m.** Counsel should be prepared to discuss the arrangements needed to facilitate a fairness hearing, including their clients' availability and conflicts in setting a date for the hearing. **The GAL is also instructed to attend the status conference.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE