IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                             CV No. 17-1134 RB/CG

DETECTIVE JOHN DOMINGUEZ, et al.,

    Defendants.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION
TO TERMINATE AND SUBSTITUTE *GUARDIAN AD LITEM***

**THIS MATTER** is before the Court on City Defendants' *Unopposed Motion to Terminate Trace Rabern as Guardian ad Litem for S.E. Girl and Appointing Guardian ad Litem Michael Newell* (the "Motion"), (Doc. 147), filed July 20, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Trace Rabern is terminated as *Guardian ad Litem* for S.E. Girl and Michael Newell is hereby appointed to serve as *Guardian ad Litem* for S.E. Girl.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE