IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER RESETTING STATUS CONFERENCE

**THIS MATTER** is before the Court after review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **July 29, 2020, at 11:30 a.m. The Guardian Ad Litem is also directed to attend the status conference.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE