IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                 CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER SETTING FAIRNESS HEARING

**THIS MATTER** is before the Court after conferring with the parties about a mutually convenient time and date. **IT IS HEREBY ORDERED** that a Fairness Hearing shall be conducted by telephone on **Friday, August 14, 2020, at 1:30 p.m.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE