IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA EVERHART, et al.,

    Plaintiffs,

v.                                                    CV No. 17-1134 RB/CG

JOHN DOMINGUEZ, et al.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on notice that this matter has settled between Plaintiffs and the City Defendants. *See* (Doc. 76). **IT IS HEREBY ORDERED** that closing documents shall be filed with the Court no later than **September 14, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE